# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-13-00319-CV

_____

## IN RE TOM RICHARD DOYLE JR.

_____

### Original Proceeding

_____

## MEMORANDUM OPINION

Tom Richard Doyle Jr. seeks mandamus relief compelling the court to act on motions and pleadings relating to the probate of Doyle's father's estate. The probate court granted letters of administration to the real party in interest, Charles Richard Jarvis. Doyle filed a combined application for determination of heirship, will contest, petition to declare void Doyle's previously-filed consent to the appointment of Jarvis as independent administrator, and a request for an accounting. Doyle complains that the probate court failed to act on his pleadings within a reasonable time. *See Safety-Kleen Corp. v. Garcia*, 945 S.W.2d 268, 269 (Tex. App.—San Antonio 1997, orig. proceeding) (A trial court abuses its

1

discretion when it fails to rule on pretrial motions that have been properly presented to it within a reasonable time.). Doyle also complains that the trial court clerk is not providing requested documents in accordance with his request. *See* Tex. Prob. Code Ann. § 33(j) (West 2003).

Subsequently, Doyle informed this Court that the county judge transferred the case to the county court at law. "[W]hen a matter in a probate proceeding is contested, the judge of the county court may, on the judge's own motion . . . transfer the contested matter to the county court at law." Tex. Prob. Code Ann. § 4E (West Supp. 2012). Accordingly, Doyle is not entitled to mandamus relief against the respondent in this proceeding at this time. The petition for writ of mandamus and all pending motions are therefore denied.

PETITION DENIED.

PER CURIAM

Submitted on August 2, 2013
Opinion Delivered September 19, 2013

Before McKeithen, C.J., Gaultney and Horton, JJ.